# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO.: 20-42160 |
| **Scherena Roshae Jackson,** | § § | CHAPTER 13 |
| DEBTOR | § § § § § § | |

## OBJECTION TO CHAPTER 13 PLAN (DOCKET No. 3)

Comes now Carvana, LLC, its successors and assigns, (hereinafter "Secured Creditor"), a secured creditor in the above-entitled and numbered case, and files this Objection to Confirmation of Chapter 13 Plan, and in support thereof represents:

1. The above-styled Debtor filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code on October 22, 2020.

2. On September 12, 2017, Debtor, Scherena Jackson, executed a Contract in favor of Movant in the original principal amount of $19,657.56 ("Contract").

3. The debt described by the Contract is secured by the 2010 Mercedes-Benz E-Class bearing the VIN: WDDHF8HB8AA138327 (the "Vehicle"). Furthermore, the Contract indicates that the Vehicle was purchased for personal use.

4. On October 27, 2020, Secured Creditor filed its proof of claim in the bankruptcy identified as claim #3-1 and evidencing a total claim of $19,297.24 with $10,875.00 of claim as secured and the remaining $8,422.24 as unsecured, an interest rate of 24.04% and pre-petition arrears of $1,569.00.

5. Debtor's Chapter 13 Plan (hereinafter "Plan") as proposed provides for Secured Creditor's claim to be paid directly at a secured claim with a valuation of $7,025.00 at 5.00% over 36 months with monthly Pro-Rate payments.

6. Secured Creditor objects to confirmation of the Plan because:

   a. Secured Creditor objects as the alleged value of the Vehicle within the plan at $7,025.00. The Plan fails to ascribe the source of the Debtor's proposed valuation of the Vehicle. The Debtor's proposed value does not comport with the applicable standard under 11 U.S.C. § 506(a). Where a debtor proposes continued use of the property over the creditor's objection under § 1325(a)(5)(B) the proper application of § 506(a) utilizes a replacement value standard. *Associates Commercial Corp. v. Rash*, 520 U.S. 953, 955 (1977). More specifically, when a debtor exercises the cram-down option under §1325(a)(5)(B), the value of the Vehicle (and thus the amount of the secured claim under §506(a) is the price a willing buyer in the debtor's circumstances would pay to obtain like property from a willing seller). *Id.* at 960. Secured Creditor has obtained an estimated value for the Vehicle according to NADA of $10,875.00. A true and correct copy of the NADA report is attached as **Exhibit 1**.

   b. Secured Creditor also objects to the Plan as Debtor's proposed 5.00% interest on the allowed secured claim is not appropriate. The appropriate rate of interest that should be provided in a Chapter 13 plan to compensate the secured creditor for the delay in receiving payments was addressed in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). A secured creditor who is paid the allowed amount of its claim over time must be paid interest post confirmation on its allowed secured claim. The

standard requires the Debtor to establish the national prime rate, adjusted upward for the risk of nonpayment.

c. Debtor's desire for such a below market rate cannot be supported and cannot be said to provide fair and equitable treatment of secured claims. The proposed interest rate does not adequately compensate Secured Creditor for the risk inherent in the proposed Plan. The rate proposed is unquestionably far below the market rate and inappropriately applies the standard for setting an appropriate rate of interest. The risk of Debtor's default under the Plan is high, requiring a much higher interest rate. Debtor has failed to meet her payment obligations prior to filing the Petition. Consequently, Debtor's proposed Plan cannot be confirmed.

d. The Plan does not provide any adequate protection payments pending plan confirmation to Secured Creditor. If the debt is secured by personal property, the plan payments *must* be sufficient to provide "adequate protection" to the creditor during the period of the plan (i.e., sufficient to cover insurance, depreciation, etc.). 11 USC § 1325(a)(5)(B)(iii)(II).

e. The Plan does not provide for the payment of the pre-petition arrears in the amount of $1,569.00.

f. Finally, depending upon the appropriate interest rate and regular monthly payment to be paid to Secured Creditor, Debtor's plan may not be feasible. The court cannot confirm a Chapter 13 plan unless it finds that the debtor will be able to make all the proposed payments and to comply with the plan. In other words, the plan must be "feasible." 11 USC § 1325(a)(6). The debtor must have both the present and the future ability to make the proposed payments. *In re Street* (BC ND IL 1982) 17 BR

787, 788; see also *In re Pellegrino* (1st Cir. BAP 2010) 423 BR 586, 591—Chapter 13 case dismissed where below-median income debtors had insufficient income over minimum commitment period to make plan payments.

WHEREFORE, PREMISES CONSIDERED, Secured Creditor prays that this Court deny confirmation of the Plan, and grant it such other and further relief at law and in equity as is just.

Dated: November 13, 2020

Respectfully submitted,
GHIDOTTI | BERGER LLP

/s/ Chase Berger
Chase Berger, Esq. (24115617)
Attorneys and Counselors
600 E. John Carpenter Fwy., Ste. 175
Irving, TX 75062
Ph: (972) 893-3096
Fax: (949) 427-2732
bknotifications@ghidottiberger.com
Attorney for Secured Creditor

# EXHIBIT "1"

10/23/2020 2010 Mercedes-Benz E-Class Sedan 4D E350 AWD Prices, Values & E-Class Sedan 4D E350 AWD Price Specs | NADAguides

Case 20-42160    Doc 8    Filed 11/13/20    Entered 11/13/20 09:16:40    Desc Main
Document      Page 6 of 14





Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

# 2010 Mercedes-Benz E-Class Prices and Values
## Sedan 4D E350 AWD

 CHANGE CAR      + COMPARE



📷 View more photos & video (21)

See other trim levels

Sedan 4D E350 AWD

10/23/2020, 2010 Mercedes-Benz E-Class Sedan 4D E350 AWD Prices, Values & E-Class Sedan 4D E350 AWD Price Specs | NADAguides

Case 20-42160    Doc 8    Filed 11/13/20    Entered 11/13/20 09:16:40    Desc Main
Document    Page 7 of 14

## Values & Cost Details ⓘ

**Pricing**    **Cost to Own**

### Rough Trade-In

| | |
|---|---|
| Base Price | $4,775 |
| Mileage (120,000) | $525 |
| Total Base | $5,300 |
| Options | N/A |
| | **$5,300** |

### Average Trade-In

| | |
|---|---|
| Base Price | $6,700 |
| Mileage (120,000) | $525 |
| Total Base | $7,225 |
| Options | N/A |
| | **$7,225** |

### Clean Trade-In

| | |
|---|---|
| Base Price | $8,325 |
| Mileage (120,000) | $525 |
| Total Base | $8,850 |
| Options | N/A |
| | **$8,850** |

### Clean Retail

| | |
|---|---|
| Base Price | $10,350 |
| Mileage (120,000) | $525 |
| Total Base | $10,875 |
| Options | N/A |
| | **$10,875** |

Selling Your Car?
**Get an Online Offer**
in 2 Minutes.

# Used 2010 Mercedes-Benz E-Class Near You

2010 Mercedes-Benz listings within 25 miles of your ZIP code.

**7 found**  View All





**Red E 350**
Mileage: 27,335
Distance: 9 miles

**Gray E 550**
Mileage: 58,924
Distance: 9 miles





**White E 550**
Mileage: 94,082
Distance: 17 miles

**Silver E 350**
Mileage: 126,310
Distance: 19 miles



Go

# Vehicle History Report

**Get answers to buy with confidence. Save when you purchase multiple reports.**

✓ Check whether an accident has been reported on the vehicle

✓ Check for severe damage, salvage, and theft



**VEHICLE IDENTIFICATION NUMBER**

Vehicle Identification Number



Get Report

 **Get Car Price Change Alerts**

Email address    Notify Me

Privacy Policy   Additional Alerts ⌄

10/23/2020    2010 Mercedes-Benz E-Class Sedan 4D E350 AWD Prices, Values & E-Class Sedan 4D E350 AWD Price Specs | NADAguides

Case 20-42160    Doc 8    Filed 11/13/20    Entered 11/13/20 09:16:40    Desc Main
Document      Page 10 of 14

# Mercedes-Benzs for Sale

Find 2010 Mercedes-Benz E-Class listings near you.



See Listings >

# Find Your Auto Insurance

When shopping gets hard, keep it simple and save an average of $536* with State Farm.



Get A Quote >

Disclaimer

# Car Selling Services

List your car in minutes on AutoTrader.com.



Sell Your Car >

# Free Dealer Price Quotes

Get free quotes from dealers near you.

Get A Quote >

# New & Used Auto Loans

Compare real, custom loan offers from multiple lenders in minutes!



Find Your Best Rates >

## Recommended Competitors

Recommended vehicles based on NADAguides.com audience feedback. The values listed below are based on MSRP and does not include any incentives, trade-in, options, or other adjustments.

### 2016 Mercedes-Benz E-Class



$1,114/month
$929 more

### 2021 Toyota Avalon



$775/month
$590 more

**See Full Comparison**

## New & Used Car Search

Select from one or more dropdowns below, to find the right car for you. You can filter by car price, year, and make. For a more robust search, navigate to our official Car Finder Tool.

Price
| All Prices ⌄ |

Year
| All Years ⌄ |

Make
| All Makes ⌄ |

**See all cars**

### Popular Mercedes Benz...

### Popular Mercedes Benz...

10/23/2020 2010 Mercedes-Benz E-Class Sedan 4D E350 AWD Prices, Values & E-Class Sedan 4D E350 AWD Price Specs | NADAguides

Case 20-42160    Doc 8    Filed 11/13/20    Entered 11/13/20 09:16:40    Desc Main
                        Document      Page 12 of 14

| | |
|---|---|
| Toyota Corolla | 2020 Ford Edge |
| Ford Edge | 2020 Toyota Corolla |
| Toyota RAV4 | 2019 Dodge Journey |
| Nissan Sentra | 2019 Toyota Corolla |
| Ford Fusion | 2019 Nissan Sentra |
| Lexus NX | 2019 Lexus NX |
| Lexus RX | 2018 Toyota RAV4 |
| Dodge Journey | 2017 Lexus RX |
| Ford Escape | 2017 INFINITI Q50 |
| Hyundai Tucson | 2017 Ford Fusion |

## Car Shopping Guides

## Cars By Price

| | |
|---|---|
| 10 Most Popular Small Cars | Under $15,000 |
| 10 Most Popular Hatchbacks an... | $15,000 - $25,000 |
| 10 Most Popular Trucks | $25,000 - $35,000 |
| 10 Most Popular Midsize SUVs ... | $35,000 - $45,000 |
| 10 Most Popular Luxury Cars | $45,000 - $55,000 |
| Most Reliable Crossovers and S... | $55,000 - $65,000 |
| 2019 Vehicle Dependability: Mo... | $65,000 - $75,000 |
| 10 Most Popular Luxury SUVs a... | Over $75,000 |
| 10 Most Popular Large SUVs an... | |
| 2019 Vehicle Dependability: Mo... | |

© 2020 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.

Chase Berger, Esq. (24115617)
GHIDOTTI | BERGER
600 E. John Carpenter Fwy., Suite 175
Irving, TX 75062
Tel: (972) 893-3096
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

**Attorney for Movant,**
Carvana, LLC, its Successors and Assigns

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.: 20-42160 |
| | § |
| **Scherena Roshae Jackson,** | § CHAPTER 13 |
| | § |
| **DEBTOR** | § CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 13, 2020 I served the following documents described as:

- **OBJECTION TO CHAPTER 13 PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>**Scherena Roshae Jackson**<br>7502 Bryn Mawr Dr<br>Rowlett, TX 75089-2014<br><br>**US Trustee**<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 | **Debtor's Counsel**<br>**Nathanael Steven Graham**<br>Graham Legal, PLLC<br>8501 Wade Blvd #340<br>Frisco, TX 75034<br><br>**Chapter 13 Trustee**<br>**Carey D. Ebert**<br>P. O. Box 941166<br>Plano, TX 75094-1166 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2020 at Santa Ana, California

/*s / Brandy Carroll*
Brandy Carroll